IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      8:05CR325
                               )
      v.                       )
                               )
VALENTIN CUEVAS-ARREDONDO and  )      ORDER
SAMUEL SOTO-LOPEZ,             )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on defendant Cuevas-Arredondo's motion to continue trial (Filing No. 19). The Court notes said defendant will be filing a written waiver of his speedy trial rights. Accordingly,

IT IS ORDERED defendant's motion to continue trial is granted; trial of this matter is rescheduled for:

**November 28, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between October 17, 2005, and November 28, 2005, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court