IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR325 |
| | ) | |
| v. | ) | |
| | ) | |
| VALENTIN CUEVAS-ARREDONDO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for appointment of counsel (Filing No. 73), and motion for extension of time to file a notice of appeal (Filing No. 74). Inasmuch as the mandate of the United States Court of Appeals has been issued denying defendant's appeal (Filing No. 73), these motions will be denied.  Accordingly,

IT IS ORDERED that the motion for appointment of counsel and motion for extension of time to file a notice of appeal are denied.

DATED this 20th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court