IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )         8:05CR325
                               )
     v.                        )
                               )
VALENTIN CUEVAS-ARREDONDO,     )         ORDER AND JUDGMENT
                               )
          Defendant.           )
_____)
```

       Pursuant to the memorandum opinion entered herein this date,

       IT IS ORDERED that defendant's motion under 18 U.S.C. § 2255, to vacate, set aside, or correct sentence by a person in federal custody (Filing No. 80) is denied.

       DATED this 26th day of September, 2008.

                                BY THE COURT:

                                /s/ Lyle E. Strom

                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court